The Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JEFFREY JOSEPH WASNOCK, | )<br>) |
| Defendant. | )<br>)<br>)<br>) |

NO.   CR09-5180RBL

FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the below-listed properties (hereinafter sometimes referred to as the "properties").

On July 13, 2010, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant Jeffrey Joseph Wasnock's interest in the properties.

The properties are subject to forfeiture pursuant to Title 18, United States Code Section 924(d), and Title 28, United States Code, Section 2461(c), because said properties are firearms or ammunition involved in or used in the knowing violation of Possession of a Firearm in Furtherance of a Drug Trafficking Crime, as charged in Count 2 of the Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.  In his plea agreement, the defendant agreed to the forfeiture of the below-listed properties.

\\

FINAL ORDER OF FORFEITURE – 1
United States v. Jeffrey Joseph Wasnock  (No. CR09-5180RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1    Pursuant to Title 21, United States Code, Section 853(n), the United States published

2    notice on www.forfeiture.gov, for at least thirty (30) consecutive days, beginning with October

3    16, 2010.  In the publication, the United States published notice of the Preliminary Order of

4    Forfeiture and the intent of the United States to dispose of the properties in accordance with law.

5    This notice further stated that any person, other than the defendant, having or claiming a legal

6    interest in the below-described properties was required to file a petition with the Court within

7    thirty (30) days of the final publication of notice or personal receipt of notice, whichever is

8    earlier, setting forth the nature of the petitioner's right, title, and interest in the properties.

9    All persons and entities believed to have an interest in the properties subject to forfeiture

10   were given proper notice of the intended forfeiture.  No petitioners or claimants have come forth

11   to assert an interest in any of the forfeited properties and the time for doing so has expired.

12   Accordingly,

13   IT IS ORDERED, ADJUDGED and DECREED that the following properties are hereby

14   fully and finally condemned and forfeited to the United States in their entirety:

15   (a)    One (1) CZ pistol, model 27, 7.65/.32 caliber pistol, serial number 537922;

16   (b)    One (1) Phoenix Arms, model 22HP, .22 caliber pistol, serial number 4037355;

17   (c)    One (1) Beretta, model 21A, .22 caliber pistol, serial number DAA004253;

18   (d)    One (1) Browning, model Buck Mark, .22 caliber pistol, serial number
            515MW01649;

19
20   (e)    One (1) Remington, model 870, 20 gauge shotgun, serial number AB213074U;
            and

21   (f)    One (1) Norinco, model MAK-90, caliber 7.62x39 rifle, serial number 9416506.

22   IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest

23   to the above-described properties shall exist in any other party.

24   \\

25   \\

26   \\

27   \\

28   \\

FINAL ORDER OF FORFEITURE – 1
United States v. Jeffrey Joseph Wasnock  (No. CR09-5180RBL)

1        The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives is authorized to

2   dispose of the above-described properties in accordance with law.

3        DATED this 7th day of January, 2011.

4

5                                           RONALD B. LEIGHTON

6                                           UNITED STATES DISTRICT JUDGE

7
    Presented by:

8

9
    s/ Thomas M. Woods
10  THOMAS M. WOODS
    Assistant United States Attorney
11  United States Attorney's Office
    700 Stewart Street, Suite 5220
12  Seattle, WA 98101-1271
    Telephone:    (206) 553-4312
13  Fax No.:      (206) 553-6934
    E-mail:       thomas.woods2@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE – 1
United States v. Jeffrey Joseph Wasnock  (No. CR09-5180RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970